UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:04CR250-C

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | **CONFIRMING FORFEITURE** |
| | ) | |
| (6) JACQUES MAULICE DEGREE | ) | |

On May 6, 2005, Judge Voorhees entered a preliminary order of forfeiture in this case pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon defendant's plea of guilty to Count One in the indictment. In that count, defendant was charged with conspiracy to possess with intent to distribute cocaine and cocaine base in violation of 21 U.S.C. §841(a)(1) and §846.

On January 1, 2006, the United States published in the Shelby Star, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, the government has represented that it has served notice on the registered owner of one vehicle (the remaining vehicles being registered to defendant) by certified mail, return receipt requested. It appears from the record that no third-party petitions have been filed.

It is therefore ORDERED:

In accordance with 21 U.S.C. §853(n)(7) and Rule 32.2(c), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether

real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

    a. $350,000 in drug proceeds.

    b. One 1999 Ford Expedition, VIN 1FMRU17L9XLA54385, in the name of Lashonda Danielle McSwain.

    c. One 1998 Dodge Durango, VIN 1B4HS28Y9WF160187, in the name of Jacques Maulice Degree.

    d. $13,000 in United States currency seized on April 1, 2004.

    Signed: May 24, 2006

Robert J. Conrad, Jr.
United States District Judge